The People of the State of Illinois, Plaintiff-Appellee, *v.* Robert Wayne, Defendant-Appellant.

(No. 56551;

First District (3rd Division)—December 14, 1972.

PER CURIAM.

Jack J. Stein and Robert A. Doran, both of Sherman, Schachtman & Stein, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane, James Veldman, and John C. O'Rourke, Jr., Assistant State's Attorneys, of counsel,) for the People.